THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY CARUBIA, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. "Anonymous", Appellant, v. HARRY A. LA BURT, as Director of Creedmoor State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ANHALT, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MICHAEL RUOCCO and JOSEPH PATTY MARSALA, Appellants.—

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIMEON SIMPKINS, Appellant, v. PILGRIM STATE HOSPITAL, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

DANIEL ROTH, an Infant by His Guardian ad Litem MONROE ROTH, et al., Respondents, v. GLEN OAKS VILLAGE, INC., et al., Appellants.—

Nolan, P. J., Beldock, Kleinfeld and Christ, JJ., concur; Ughetta, J., not voting.